IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00165-WDM-CBS

RUDOLPH SABLE
Plaintiff,

v.

JANUS CAPITAL MANAGEMENT, LLC,
Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby gives notice that all claims in the above-referenced action are hereby dismissed with prejudice and without costs awarded by the Court to any party.

Respectfully submitted this 1st day of May, 2007.

    s/ John F. Walsh
John F. Walsh
Hill & Robbins PC
1441 18th Street, Suite 100
Denver, CO  80202-1256
Phone:  (303) 296-8100
Fax:     (303) 296-2388
E-mail:  johnwalsh@hillandrobbins.com

Guy Burns
Jonathan S. Coleman
Becky Ferrell-Anton
Johnson, Pope, Bokor, Ruppel & Burns, LLP
100 N. Tampa St., Suite 1800
Tampa, FL  33601-1100
Phone:  (813) 225-2500

**Attorneys for Plaintiff Rudolph Sable**